1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ALEXANDER HUYNH, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>QUORA, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.: 5:18-cv-07597-BLF<br><br>[PROPOSED] ORDER RELATING CASES<br><br>AS MODIFIED<br><br><br>Action Filed:  December 18, 2018 |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered defendant Quora, Inc. and plaintiffs Alexander Huynh, Erica Cooper, and Jeri Connor's Stipulated Administrative Motion to Relate Cases and the parties' stipulation in support, and, because the later-filed case *Erica Cooper and Jeri Connor v. Quora, Inc.*, Case No. 3:18-cv-07680-JD involves the same parties and concerns the same incident as the first-filed case *Alexander Huynh v. Quora, Inc.*, Case No. 5:18-cv-07597-BLF, IT IS HEREBY ORDERED that:

The later-filed case *Erica Cooper and Jeri Connor v. Quora, Inc.*, Case No. 3:18-cv-07680-JD is related to the first-filed case *Alexander Huynh v. Quora, Inc.*, Case No. 5:18-cv-07597-BLF. All deadlines set in the later-filed action are VACATED, and the cases are consolidated before the Court.

On or before January 31, 2019, the parties shall advise the Court whether the cases should be consolidated as one case and whether a consolidated Complaint should be filed.

IT IS SO ORDERED.

DATED: January 24, 2019

_____
Hon. Beth Labson Freeman
United States District Judge

1

Case No.: 5:18-cv-07597-BLF
[Proposed] Order Relating Cases